IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02547-RPM

DANIEL C. CADLE,

        Plaintiff,

v.

KERRY R. HICKS,
GLEN ALLEN DODGE,
J. D. KLEINKE,
PETER H. CHEESEBOROUGH,
LESLEY S. MATTHEWS, M.D.,
MARK PACALA,
JOHN QUATTRONE, and
HEALTH GRADES, INC., a Delaware corporation (nominal defendant),

        Defendants.

_____

ORDER OF DISMISSAL
_____

    For the reasons stated at the hearing today, it is

    ORDERED that the defendants' motion to dismiss pursuant to Rule12(b)(6) of the Federal Rules of Civil Procedure is granted and this civil action is dismissed.

    DATED: June 5th, 2007

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior Judge