IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02547-RPM

DANIEL C. CADLE,

    Plaintiff,

v.

KERRY R. HICKS,
GLEN ALLEN DODGE,
J. D. KLEINKE,
PETER H. CHEESEBOROUGH,
LESLEY S. MATTHEWS, M.D.,
MARK PACALA,
JOHN QUATTRONE, and
HEALTH GRADES, INC., a Delaware corporation (nominal defendant),

    Defendants.

_____

ORDER DEFERRING RULING ON MOTION FOR AWARD OF ATTORNEY'S FEES
_____

On June 5th, 2007, this Court entered an Order of Dismissal [21] on defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. On June 19, 2007, Health Grades defendants filed a Motion for Attorneys' Fees [25] pursuant to Fed. R. Civ. 54(d)(2).  On July 5, 2007, the plaintiff filed a Notice of Appeal [27] to the Tenth Circuit Court of Appeals and a Response to Defendants' Motion for Attorney Fees on July 9, 2007 [29].  A Reply in Support of Health Grades  Defendants' Motion for Attorney Fees was filed on July 24, 2007 [33].  Because the merits of this case are now on appeal, the outcome of which will be relevant to the award of fees, it is

ORDERED that ruling on defendants' motion for attorneys' fees [25] will be deferred until resolution of the appeal.

DATED: July 26th, 2007

BY THE COURT:

s/ Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge